# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JOHN M. TOWNSEND,

 *Plaintiff*,

vs.

R. CARRASCO, *et al.*

 *Defendants*.

3:11-cv-00453-RCJ-WGC

ORDER

  Plaintiff, who is in the custody of the Nevada Department of Corrections, has submitted a civil rights complaint pursuant to 42 U.S.C. § 1983. The complaint was previously screened by the Court (#5), and plaintiff has paid the full filing fee. The matter shall now proceed.

  IT IS THEREFORE ORDERED:

  1. The Attorney General's Office shall advise the Court within twenty-one (21) days of the date of the entry of this order whether it can accept service of process for the named defendants. As to any of the named defendants for which the Attorney General's Office cannot accept service, the Office shall file, under seal, the last known address(es) of those defendant(s).

  2. If service cannot be accepted for any of the named defendant(s), plaintiff shall file a motion identifying the unserved defendant(s), requesting issuance of a summons, and specifying a full name and address for said defendant(s).

  3. If the Attorney General accepts service of process for any named defendant(s), such defendant(s) shall file and serve an answer or other response to the complaint within sixty (60) days from the date of this order.

4. Henceforth, plaintiff shall serve upon defendant(s) or, if an appearance has been entered by counsel, upon their attorney(s), a copy of every pleading, motion or other document submitted for consideration by the court. Plaintiff shall include with the original paper submitted for filing a certificate stating the date that a true and correct copy of the document was mailed to the defendants or counsel for the defendants. If counsel has entered a notice of appearance, the plaintiff shall direct service to the individual attorney named in the notice of appearance, at the address stated therein. The Court may disregard any paper received by a district judge or magistrate judge which has not been filed with the Clerk, and any paper received by a district judge, magistrate judge, or the Clerk which fails to include a certificate showing proper service.

DATED: March 8, 2012.

_____
WILLIAM G. COBB
United States Magistrate Judge