1
2
3
4
5
6                      **UNITED STATES DISTRICT COURT**
7                            **DISTRICT OF NEVADA**
8  JOHN M. TOWNSEND,
9                          Plaintiff,                CASE NO.: 3:11-CV-00453-RCJ-WGC
          v.
10 R. CARRASCO, *et al.*,                            **ORDER**
11
                            Defendant.
12

13         Before the Court is the Report and Recommendation (#29) entered on April 8, 2013.   Plaintiff

14 filed his Objections to Magistrate Judge's Report and Recommendation (#30) on April 25, 2013.

15         The Court has conducted it's *de novo* review in this case, has fully considered the objections of

16 the Plaintiffs, the pleadings and memoranda of the parties and other relevant matters of record pursuant

17  to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2.  The district court may accept, reject, or modify in

18 whole or in part, the findings and recommendations made by the magistrate judge.  Fed. R. Civ. P. 72(b).

19 The Court determines that the Magistrate Judge's Report and Recommendation (#29) entered on April

20 8, 2013, is adopted and accepted.

21         IT IS HEREBY ORDERED that Defendants' Motion for Summary Judgment (#22) is

22 GRANTED.  The Clerk of the Court shall enter judgment accordingly.

23         IT IS SO ORDERED.

24         Dated: This 10TH day of July, 2013.

25

26                                              _____
          ROBERT C. JONES
27         UNITED STATES DISTRICT CHIEF JUDGE

28