AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

\*\*\*\*\*        DISTRICT OF    NEVADA

JOHN M. TOWNSEND,

      Plaintiff,           JUDGMENT IN A CIVIL CASE
V.

                      CASE NUMBER:   3:11-cv-00453-RCJ-WGC

R. CARRASCO, et al.,

      Defendant(s).

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_ **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** that Defendants' Motion for Summary Judgment (#22) is GRANTED.

July 10, 2013                                             **LANCE S. WILSON**
                                                                 Clerk

                                                                  /s/ K. Rusin
                                                                  Deputy Clerk